1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMED SOLIMAN MAHMOUD
SOLIMAN EMARA,

                Petitioner(s),

    v.

PAMELA BONDI, et al.,

                Respondent(s).

CASE NO. C26-116-KKE

ORDER APPOINTING COUNSEL

13
14
15
16

      This is a federal habeas action filed under 28 U.S.C. § 2241.  Petitioner has filed a motion seeking appointment of counsel in this matter.  Dkt. No. 3.  The Court, having considered Petitioner's motion, his financial eligibility, and the balance of the record, finds and ORDERS as follows:

17
18
19
20
21
22
23

      (1) A review of Petitioner's petition indicates that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001).  Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B).  As required by statute, Petitioner has demonstrated financial eligibility for such appointment.  *See id.*  Accordingly, Petitioner's request for appointment of counsel is GRANTED.  The Court appoints Assistant Federal Public Defender Dennis Carroll to represent Petitioner in these proceedings.

24

1        (2) The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender,

2    and to counsel for Respondents.

3        Dated this 14th day of January, 2026.

4

5    Kymberly K. Evanson
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER APPOINTING COUNSEL - 2