UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMED SOLIMAN MAHMOUD
SOLIMAN EMARA,

                    Petitioner(s),

        v.

PAMELA BONDI, et al.,

                    Respondent(s).

CASE NO. C26-116-KKE

ORDER ON APPLICATION TO PROCEED
IN FORMA PAUPERIS

This is a federal habeas action filed under 28 U.S.C. § 2241. Dkt. No. 1. The Court previously granted Petitioner's motion to appoint counsel and appointed Assistant Federal Public Defender Dennis Carroll to represent Petitioner in these proceedings. Dkt. No. 4. Petitioner has now applied to proceed in forma pauperis ("IFP"). Dkt. No. 5.

To proceed IFP, a litigant must file an affidavit which asserts "the person is unable to pay [filing] fees" and state the "affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a). In support of his request to proceed IFP, Petitioner provides a declaration which asserts that, for the past twelve months, he has received $0 in income. Dkt. No. 5. Petitioner generally asserts that he is entitled to relief and that he cannot pay filing costs. *Id*. Accordingly, the Court GRANTS Petitioner's application to proceed IFP.

ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

Dated this 23rd day of January, 2026.

Kymberly K. Evanson
United States District Judge